NDFL Prob 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:96CR58-001

BELSERI LYNN COMERFORD

On February 10, 2003 the above named was placed on Supervised Release for a period of five years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Belseri Lynn Comerford be discharged from Supervised Release.

Respectfully submitted,

Donna M. Carson
U.S. Probation Officer Assistant

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ____ day of August, 2006.

Honorable Roger Vinson
Senior United States District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.

06 AUG -4 AM 10: 10

FILED